57  355
88  582

---

[No. 6,854.—Department Two.]

## MARY E. MAYNARD, EXECUTRIX, ETC.-*v.*-FREDERICK MacCRELLISH.

SERVICE OF SUMMONS.—An affidavit of service of summons by a person other than the sheriff should state that such person was over the age of eighteen years at the time of such service.

APPEAL from a judgment in the Fifteenth District Court, City and County of San Francisco. DWINELLE, J.

*E. W. Mc Graw*, for Appellant.

There is no presumption that a man or boy over eighteen years of age on the 16th of April was over eighteen on the 15th. It is certain that he was younger on the 15th than on the 16th.

*Francis Johnson*, for Respondent.

The COURT:

This is an appeal from a judgment entered upon default.

Proof of service of summons was made by affidavit. The affidavit was made April 16th, 1879, and in it the affiant states that " he *is* over the age of eighteen years," and that the service was made April 15th, 1879. According to § 410, Code of Civil Procedure, the service must be made by a person (if other than the sheriff) who, at *the time of service*, was *over* eighteen years of age. It does not appear from the affidavit that at the time of service, namely, April 15th, 1879, the person making the service was over eighteen years of age.

Judgment reversed.